FILED

04/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0620

IN THE SUPREME COURT OF THE STATE OF MONTANA

Nos. DA 21-0620

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

STEVEN JAMES CLIFTON,

      Defendant and Appellant.

---

## ORDER

---

Upon consideration of Appellant's unopposed motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 12, 2023, within which to prepare, file, and serve its Reply to the Appellee's Response in this case.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 28 2023